UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 5:16-CR-661-01 |
| | § | |
| NOLAN PEREZ-PEREZ | § | |

### **ORDER**

The Court referred a petition, alleging violations of supervised release conditions, to United States Magistrate Judge Diana Song Quiroga in Laredo, Texas, for consideration pursuant to applicable laws and orders of this Court. The Court has received and considered the Report and Recommendations of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings, and all available evidence.

At the close of the September 11, 2019, revocation hearing, the Defendant, defense counsel, and counsel for the Government signed a form waiving their right to object to the proposed findings and recommendations contained in the United States Magistrate Judge's report, and consenting to the Magistrate Judge's proposed findings and proposed sentence. (Dkt. No. 108.) The Defendant and counsel for the Government also waived their right to be present and speak before the District Judge when the proposed sentence is imposed. (*Id*.) Therefore, the Court may act on the Magistrate Judge's Report and Recommendations immediately.

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and her report is hereby **ADOPTED**. (Dkt. No. 109.) The Government's allegations numbered one through three in the petition are **ACCEPTED**. The Court **FINDS** that the Defendant violated the conditions of supervised release as alleged in the petition. It is **ORDERED** that the Defendant's term of supervised release is **REVOKED**. It is further **ORDERED** that the Defendant be sentenced to a seven-month term of imprisonment, with credit for time served, followed by a two-year term of supervised release, with all the original conditions reinstated and the following special conditions:

It is further **ORDERED** that Defendant participate in a substance abuse treatment, testing, and abstinence program, and that Defendant follow all program regulations.

SIGNED this 19th day of September, 2019.

                                                  Marina Garcia Marmolejo
                                                  United States District Judge